UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:05CV-781-H

JORETTA HAYES, Administratrix of the                                                   PLAINTIFFS
Estate of GEORGE HAYES, JR., and
JORETTA HAYES, as next friend and natural
mother of JENNIFER HAYES and
MATTHEW HAYES, minors

V.

MTD PRODUCTS, INC., d/b/a/ Cub Cadet                                          DEFENDANT

**MEMORANDUM AND ORDER**

Plaintiffs have asked the Court to reconsider its previous Memorandum Opinion excluding the testimony of Stuart Statler. The Court has reviewed its previous Memorandum as well as the recent filings of the parties.

Having reconsidered the matter, the Court stands by its original opinion. Where the entire thrust of the witness's testimony is to provide an opinion on the ultimate issue of MTD's negligence, he provides neither facts nor expert opinion that can enlighten the jury. The further thrust of his opinion appears to be for the purpose of providing virtually a corporate character assessment of MTD. This is not the role of an expert and is of little value to the jury. The Court does not believe that it has the obligation of picking out specific aspects of the witnesses testimony which may pass muster. The Court reviewed the proposed opinion as a whole and found that it should be excluded as a whole for the reasons stated.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to reconsider the exclusion of the

expert testimony is DENIED.

cc:     Counsel of Record